## FISHER *vs*. THE STATE OF GEORGIA.

1. Certain articles of jewelry which disappeared from the building as the result of the burglary, having been found in the prisoner's house, evidence showing whether he was married or unmarried was not irrelevant on his trial.
2. Illegal evidence which comes in without objection, and is ruled out as soon as any motion for the purpose is made in behalf of the prisoner, is not cause for a new trial.
3. That the prisoner said to some one "I am going to carry some ladies to your house," was not relevant testimony.
4. The charge of the court on the subject of explaining the prisoner's possession of the stolen goods, was not error, on the facts contained in the record.
5. The verdict was warranted by the law and the evidence, and no cause for a new trial is apparent.

BLECKLEY, Justice.